DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSEPH DANIEL HENNING,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1568

_____

February 16, 2024

Appeal from the Circuit Court for DeSoto County; Don T. Hall, Judge.

Howard L. Dimmig, II, Public Defender, and J. Rafael Rodriguez, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Sonia C. Lawson, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, KELLY, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior publication.